UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RALPH GILBERT, *ET AL.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No.:  1:08-cv-1460 ) (Judge Sylvia H. Rambo) |
| SYNAGRO CENTRAL, LLC, *ET AL.*, Defendants. | ) ) ) ) |

### RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Synagro Central, LLC[1] makes the following disclosure:

(1)  Synagro Central, LLC is a non-governmental corporate party.

(2)  Synagro Technologies is a wholly owned subsidiary of Synatech

---

[1] Plaintiffs also named Synagro Mid-Atlantic, Inc. as a Defendant. Synagro Central, Inc., a Delaware corporation, was formed on September 16, 2005 from the merger of Synagro Midwest, Inc. and Synagro Mid-Atlantic, Inc. Synagro Central, Inc. converted under Delaware law to Synagro Central, LLC, on December 31, 2005.

Holdings, Inc., an affiliate of The Carlyle Group. Synagro Technologies, Inc. is the parent company of Synagro WWT, Inc. which is the sole member of Synagro Central, LLC.

(3)    There is no publicly held corporation that owns 10% or more of Synagro Central, LLC's stock.

Dated:    August 19, 2008                Respectfully submitted,

/s/ Neil A. Slenker, Esquire
Neil A. Slenker, Esquire
Attorney ID #77974
Alexandra C. Chiaruttini, Esquire
Attorney ID #80428
James E. Chiaruttini, Esquire
Attorney ID #82060
Stock and Leader
Susquehanna Commerce Center East
221 W. Philadelphia Street, Suite 600
York, Pennsylvania 17401-2994
(717) 846-9800 (phone)
(717) 843-6134 (fax)
email: achiaruttini@stockandleader.com
email: jec@stockandleader.com
email: nslenker@stockandleader.com

James B. Slaughter
Fred R. Wagner
Katherine E. Wesley
Beveridge & Diamond, P.C.
1350 I Street, N.W., Suite 700
Washington, D.C. 20005
(202) 789-6000 (phone)
(202) 789-6190 (fax)

email: jslaughter@bdlaw.com
email: fwagner@bdlaw.com
email: kwesley@bdlaw.com
Attorneys for Synagro Central, LLC
 and Synagro Mid-Atlantic, Inc.
 (subject to admission via
 forthcoming *pro hac vice* and
 general admission petitions)

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RALPH GILBERT, et al., | : | No.: 1:08-CV-1460 |
| Plaintiffs | : | |
| | : | CIVIL ACTION - LAW |
| v. | : | |
| | : | (JUDGE SYLVIA H |
| | : | RAMBO) |
| SYNAGRO CENTRAL, LLC, et al., | : | |
| Defendants | : | FILED ELECTRONICALLY |

## CERTIFICATE OF SERVICE

**AND NOW**, this 19th day of August, 2008, I, Neil A. Slenker, Esquire, of the law firm of Stock and Leader, attorneys Defendants, Synagro, LLC, individually and formerly doing business as Synagro Central, Inc. and Synagro Mid-Atlantic, Inc., hereby certify that I served the within Rule 7.1 Disclosure Statement this day via electronic filing to:

Christopher Nidel, Esquire
George A. Webber, III, Esquire
John E. Kotsatos, Esquire
Law Offices of Peter G. Angelos
60 West Broad Street, Suite 200
Bethlehem, PA 18018

David R. Breschi, Esquire
Breschi & Associates
946 Lincoln Way East
Chambersburg, PA 17201

Fred R. Wagner, Esquire
James B. Slaughter, Esquire
Katherine E. Wesley, Esquire
Beveridge & Diamond, P.C.
1350 I Street, N.W.
Suite 700
Washington, DC 20005-3311

Curtis N. Stambaugh, Esquire
David E. Lehman, Esquire
Kandice J. Giurintano, Esquire
McNees, Wallace & Nurick
100 Pine Street
P.O. Box 1166
Harrisburg, PA 17108-1166

## STOCK AND LEADER

August 19, 2008
Date

By: /s/ Neil A. Slenker, Esquire
Neil A. Slenker, Esquire
Supreme Court I.D. #77974
Susquehanna Commerce Center East
Suite 600
221 West Philadelphia Street
York, PA 17401-2994
Telephone: (717) 846-9800
Fax: (717) 843-6134